# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 12, 2012

No. 11-60375
Summary Calendar

Lyle W. Cayce
Clerk

LAKESHA BELL-WILSON

Plaintiff-Appellant

v.

JUDGE WILLIAM SKINNER, et al

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
(09-CV-147)

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

The plaintiff brought this appeal challenging the district court's denial of her motion for reconsideration of its order granting summary judgment in favor of the defendants and dismissing her claims with prejudice.

The district court granted the defendants' motion for summary judgment and dismissed the plaintiff's complaint on March 3, 2011. The plaintiff filed a motion for reconsideration on March 29, 2011. Because the motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60375

reconsideration was not filed within ten days of the grant of summary judgment, it did not serve to suspend the time for appealing that judgment. *See Bass v. U.S. Dept. of Agriculture*, 211 F.3d 959, 962 (5th Cir. 2000) ("A motion for reconsideration filed within ten days of the district court's judgment . . . suspends the time for filing an appeal from the underlying judgment.").

The district court denied the plaintiff's motion for reconsideration on April 28, 2011. The plaintiff filed her notice of appeal to challenge that ruling on May 31, 2011. Under the Federal Rules of Appellate Procedure, a notice of appeal must be filed within thirty days after entry of the judgment or order appealed from. Fed. R. App. P. 4(a)(1)(A). Because the plaintiff filed her notice of appeal on May 31, 2011, more than thirty days after the entry of the district court's April 28 order, we do not have jurisdiction to consider the appeal.

The appeal is therefore DISMISSED for lack of jurisdiction.